# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| TANISHA RIVERA,<br><br>Plaintiff,<br><br>v.<br><br>BRETT BAWDEN,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 2:22-cv-00508-JCB<br><br>Magistrate Judge Jared C. Bennett |

IT IS ORDERED AND ADJUDGED that Plaintiff's action is dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief can be granted.

DATED this 13th day of December 2022.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge